```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:04-CR-05328-AWI |
|---|---|
| Plaintiff, | ) MOTION AND |
| | ) ORDER FOR EXTENSION OF TIME |
| v. | ) FOR GOVERNMENT TO FILE |
| | ) OPPOSITION TO DEFENDANT'S |
| JUAN REYES-AGUILAR, | ) PETITION FOR WRIT OF ERROR |
| | ) CORAM NOBIS |
| Defendant/Petitioner. | ) |

Benjamin B. Wagner, United States Attorney by and through Laurel J. Montoya, Assistant U.S. Attorney file this motion to extend the government's time to file a response to the defendant's Petition for Writ of Error Coram Nobis.

On or about March 9, 2012, the Court ordered that the Government file a response to defendant's Writ of Error Coram Nobis within 30 days. Counsel for defendant filed a request to respond to the government's ex parte request for an order waiving the attorney-client privilege on March 30, 2012. The Court granted the government's ex parte order for waiver of the attorney-client privilege on April 2, 2012. On April 5, 2012, defendant renewed this

1

motion along with request for a preliminary injunction regarding information the government is seeking to obtain from trial counsel Eddie Ruiz. The government's response to the Writ of Error Coram Nobis is due April 6, 2012.

    After receiving the order to file a response, counsel for the government contacted trial counsel Eddie Ruiz regarding the filing of the writ and asked that he review documentation concerning the matter without inquiring regarding the specifics of the representation. Prior to the filing of the Request for Preliminary Injunction, counsel for the government again spoke to trial counsel Ruiz regarding this matter. Counsel for the government was advised by Mr. Ruiz that he would attempt to locate his file so he could refresh his recollection concerning his representation of the defendant in 2005-2006. In order to accurately respond to the defendant's writ, the government needs specific information from trial counsel regarding discussions with the defendant and other information concerning the representation. Counsel for the government again spoke to trial counsel Ruiz on April 5, 2012 and was advised that he had not been able to locate the defendant's file, that he may no longer have it, and needed additional time to attempt to locate it. The government contacted Kerry Bader, counsel for the defendant to inquire whether she objected to an extension of time to file the government's response. Ms. Bader had no objection to a response date of April 16, 2012. Additionally, the government and Ms. Bader are considering a joint stipulation concerning the subject matter in defendant's Request for Preliminary Injunction and additional time is requested as it potentially affects discussions with trial counsel Ruiz. The government acknowledges that requests for extensions filed the date

the filings are due are disfavored.  This is the first request on behalf of the government for an extension.  The government believes that the additional time would give the parties time to work out a possible stipulation regarding the use of the attorney-client information and would give Mr. Ruiz adequate to search for and hopefully locate defendant's file.

Accordingly, the government respectfully requests this Honorable Court to permit it to file its response to the Defendant's Petition for Writ of Error Coram Nobis on or before April 16, 2012.

Dated: April 6, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By    /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:     April 6, 2012                _____
                                        CHIEF UNITED STATES DISTRICT JUDGE