```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | LAUREL J. MONTOYA
   | Assistant United States Attorneys
 3 | 2500 Tulare Street, Suite 4401
   | Fresno, CA  93721
 4 | Telephone: (559) 497-4000
   | Facsimile:  (559) 497-4099
 5 |
 6 | Attorneys for Plaintiff
 7 |
 8 |           IN THE UNITED STATES DISTRICT COURT
 9 |              EASTERN DISTRICT OF CALIFORNIA
10 |
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:04-cr-05328 AWI BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JUAN REYES AGUILAR, | |
| Defendants, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 31, 2013 at 1:30 p.m. before the Honorable Sheila K. Oberto.

2. By this stipulation, the parties now move to continue the status conference on the supervised release violation until November 6, 2013 at 1:30 p.m.  Defendant has various matters pending before the Ninth Circuit, this court (Writ of Error Coram Nobis), and in the Southern District of California related to this action.  The parties are not aware of any resolution in these pending matters since the last requested continuance.  The parties need additional time to determine whether these matters will be resolved and to further assess the impact the resolution of this matter

///

///

Stipulation and Proposed Order

1

would have on these other related matters.

IT IS SO STIPULATED.

DATED: July 29, 2013  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

DATED: July 29, 2013  /s/ James Homola
JAMES HOMOLA
Attorney for Defendant

O R D E R

IT IS SO ORDERED that the status conference is continued to November 6, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **July 30, 2013**  /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE